## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  MICHAEL ANNAY MACIEL-ALMEIDA, a/k/a Michelle,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on October 5, 2012, it is hereby

    ORDERED that Defendant Michael Annay Maciel-Almeida is sentenced to **TIME SERVED.**

    Dated:  October 5, 2012.

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       CHIEF UNITED STATES DISTRICT JUDGE